1  **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chas Roberts Air Conditioning, Inc., ) | No. CV 04-1573 PHX NVW |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Sheet Metal Workers International ) Association Local Union 359, et al., ) | |
| Defendants. ) | |

Before the court is the Motion to Transfer Case No. CV-05-2082-PHX-SMM to Judge Wake or for Other Relief (doc. #53) and plaintiff Chas Roberts Air Conditioning, Inc.'s Response (doc. #56). By previous order of September 7, 2005, this court deferred ruling on the motion until Judge McNamee rules on the pending Motion to Remand to State Court in case No. CV-05-2082-PHX SMM. The court has concluded that the deferral of ruling on the Motion to Transfer case No. CV-05-2082-PHX SMM will create the duplication of judicial resources that LRCiv 42.1(a) is designed to avoid. Therefore, the order of September 7, 2005 (doc. # 57) is vacated, and the court will rule now on the Motion to Transfer.

The transaction and the subject matter of No. CV-05-2082-PHX SMM is the same as that in No. CV 04-1573 PHX NVW. Indeed, the relief sought in No. CV-05-2082-PHX SMM is to direct the course of the arbitration proceedings being conducted on remand from this court in No. CV 04-1573 PHX NVW. No. CV-05-2082-PHX SMM satisfies several of

the requirements of LRCiv 42.1(a)(1) for transfer in that the two cases "arise from substantially the same transaction or event," they "involve substantially the same parties or property," and they "would entail substantial duplication of labor if heard by different judges . . . ." Even if the pending motion to remand in No. CV-05-2082-PHX SMM is granted, consideration of that motion is likely to benefit from the undersigned judge's familiarity with the proceedings in No. CV 04-1573 PHX NVW and with the disputes that are at the heart of both the arbitration ordered in No. CV 04-1573 PHX NVW and the disputes alleged in No. CV-05-2082-PHX SMM

IT IS THEREFORE ORDERED that the Motion of defendant Sheet Metal Workers International Association, Local Union 359, to Transfer Case No. CV-05-2082-PHX-SMM to Judge Wake or for Other Relief (doc. #53) is granted, and said case is transferred to the undersigned judge. The case number henceforth is CV-05-2082-PHX-NVW.

DATED this 16th day of November, 2005.

_____
Neil V. Wake
United States District Judge